■ (A) In the Matter of the Claim of ALEXANDER A. TURNER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (B) In the Matter of the Claim of INA B. TURNER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (C) In the Matter of the Accounting of M. J. McALLISTER, as Administrator.— [In each action] Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the November 1962 Term on or before October 11, 1962, in which event motions denied.

■ (A) In the Matter of the Claim of JOAN BYRNE, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant. (B) In the Matter of the Claim of BETTY A. GODDARD, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant. (C) In the Matter of the Claim of SANDRA J. LINDSAY, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— [In each action] Motions for permission to withdraw and discontinue appeals granted, without costs.

■ ERICK N. TABER, Respondent, v. EDMUND BATEMAN et al., Appellants.— Appeal dismissed, without costs, unless appellant shall file and serve record, brief and note of issue for the November 1962 Term on or before October 11, 1962, in which event motion denied. Present — Bergan, P. J., Coon, Gibson and Herlihy, JJ.

# (September 17, 1962)

In decisions Nos. 1–4: Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ COLONIE MOHAWK CORP., Appellant, v. GILBERT & BARKER MANUFACTURING COMPANY, Respondent.— Decision of February 20, 1962 (15 A D 2d 841) amended to provide as follows: " Order and judgment reversed, on the law and facts and motion denied, with costs to abide the event."

■ LENA ZARIN, Respondent, v. SULLIVAN COUNTY HARNESS RACING ASSOCIATION et al., Appellants.— Motion for an order granting plaintiff-respondent additional time to file brief and appendix granted upon condition that the brief and appendix be filed on or before October 15, 1962 and the plaintiff-respondent be ready for argument at the November 1962 Term.

■ In the Matter of SOL MYERS, Respondent, v. EDMUND BLAISE et al., Appellants.— Motion for stay granted on condition that defendants-appellants perfect the appeal on or before October 15, 1962, and be ready for argument at the November 1962 Term.

■ FEDERAL LAND BANK OF SPRINGFIELD, Plaintiff, v. UNITED STATES OF AMERICA, Appellant, and LERNER'S NEW DEPARTMENT STORE, INC., et al., Respondents, et al., Defendants.— Motion for stay granted.